IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

v.                                         No. 4:11-cr-98-DPM-1

**JESSE MICHAEL RANKIN**                                                           **DEFENDANT**

## ORDER

Rankin moves to end his supervision early. № 226. The United States objects. All material things considered, the motion is denied without prejudice. The Court commends Rankin on his progress and current stability. But it's still a bit early to end his supervision. The severity of the offense, Rankin's role in it, and the drug amounts involved support continued supervision for at least another year.

So Ordered.

                                             _____
                                             D.P. Marshall Jr.
                                             United States District Judge

                                             5 September 2016